Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00834-CV

**IN RE** Alejandra **SALAZAR**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  December 14, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On November 18, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-10671, styled *In the Matter of the Marriage of Maximino Salazar and Alejandra Salazar, and In the Interest of M.S., D.S., and A.S.*, in the 37th Judicial District Court, Bexar County, Texas, the Honorable David A. Berchelmann presiding.